FILED:  January 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-3
(3:92-cr-00068-DJN-2)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

        Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:92-cr-00068-DJN-2 |
| Date notice of appeal filed in originating court: | 01/12/2021 |
| Appellant | Corey Johnson |
| Appellate Case Number | 21-3 |
| Case Manager | Emily Borneisen 804-916-2704 |