**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA

                            :

    Appellee,         :

                            :

                            :       **Case No. 21-3**

        v.           :       **CAPITAL CASE**

                            :       **EXECUTION**

COREY JOHNSON,        :       **SCHEDULED FOR**

                            :       **THURSDAY JANUARY**

    Appellant.       :       **14, 2021**

## MOTION FOR PROPOSED BRIEFING SCHEDULE

Pursuant to Local Rule 12(c), Appellant Corey Johnson, by and through counsel, respectfully requests that this motion and the underlying appeal be decided on an expedited basis, with an expedited briefing schedule. The government consents only to the proposed schedule below for the opening and opposition briefs and takes no position on the schedule for the reply brief. All factors weigh in favor of briefing this appeal on an expedited basis.

Mr. Johnson's execution is scheduled less than two days from now, January 14, 2021, at 6 p.m. at the federal prison in Terre Haute, Indiana. Mr. Johnson contends that the government does not intend to implement the death sentence pursuant to the original Judgment and Order entered in this case, but rather

pursuant to a 2005 district court order that amended the judgment to allow the execution to be carried out at the Terre Haute facility. The appeal concerns a single, discrete legal issue: whether the 2005 execution order is null and void because the district court was without jurisdiction to amend the judgment.

Mr. Johnson contends that expediting briefing is appropriate because the law on the issue presented is well-settled in this Court. *See United States v. Jones*, 238 F.3d 271, 272-73 n.2 (4th Cir. 2001) (per curiam) (district court lacks authority to amend implementation of criminal sentence); *United States v. Lightner*, 266 F. App'x 240, 242 (4th Cir. 2008) (district court's order "clarifying" Judgment and Commitment "constituted an unauthorized amendment to the judgment … through the back door"); *United States v. Chambers*, 956 F.3d 667, 671 (4th Cir. 2020) ("Generally, sentences may not be modified once imposed.").

Indeed, Mr. Johnson contends, that the government conceded the underlying legal issue just weeks ago in another federal capital case in this Circuit and declined to appeal that issue to this Court. *See United States v. Higgs*, No. 98-cr-520, 2020 WL 7707165 at \*3 (D. Md. Dec. 29, 2020) (observing that government "conced[ed] … that the Court indeed lacked the authority to amend the judgment."); *United States v. Higgs*, Case No. 20-18 (4th Cir.).

Additionally, the parties can prepare and present their briefing on the record as it currently exists. In fact, the district court below already ordered that the matter

2

be briefed and considered on an expedited basis, *see United States v. Johnson*, No. 3:92CR68 (E.D. Va., Jan. 11, 2021), ECF No. 108, and the necessary briefing by the parties and compilation of the relevant record have already taken place. Under these circumstances expedition is appropriate. *See, e.g.*, *United States v. Cruz*, 568 F.2d 781, 782-84 (1st Cir. 1978).

Mr. Johnson further suggests that an oral hearing on this matter is unnecessary. *See also United States v. Mathis*, No. 15-4579 (4th Cir. Oct. 5, 2015), ECF No. 15 (order granting motion to expedite briefing).

Mr. Johnson respectfully proposes, and the government consents to, the following schedule for initial briefs:

- Mr. Johnson's opening brief due by 10 p.m., January 12, 2021; and

- Government response brief due by 2 p.m., January 13, 2021.

Mr. Johnson proposes, and the government takes no position with respect to, the following deadline for a reply brief:

- Appellant's reply brief due by 8 p.m., January 13, 2021.

Respectfully submitted,

Date: January 12, 2021

/s/ David E. Carney
David E. Carney, VA Bar # 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com

## <u>CERTIFICATE OF COMPLIANCE</u>

1.     This motion contains 536 words, excluding the parts exempted from the word count by the Fed. R. App. P. 27(d)(2), 32(f).
2.     This reply complies with the font, spacing, and type size requirements set forth in Fed. R. App. P. 32(a)(5) and (a)(6).

/s/ David E Carney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of January 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all parties and counsel included on the Court's Electronic Mail notice list.

/s/ David E. Carney
David E. Carney, VA Bar # 43914
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com