FILED:  January 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-3
(3:92-cr-00068-DJN-2)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's motion for proposed briefing schedule, the court grants the motion.

Opening brief and Joint Appendix due: 01/12/2021 by 10:00 p.m.

Response brief due: 01/13/2021 by 2:00 p.m.

Any reply brief due: 01/13/2021 by 8:00 p.m.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk